### HENN AND JOHNSON *v.* STATE

[No. 32, September Term, 1964.]

*Decided October 15, 1964.*

The cause was argued before HENDERSON, C. J., and PRESCOTT, MARBURY, SYBERT and OPPENHEIMER, JJ.

*Douglas G. Bottom* for appellants.

*Robert F. Sweeney, Assistant Attorney General,* with whom were *Thomas B. Finan, Attorney General,* and *Frank H. Newell, III* and *M. Jacqueline McCurdy, State's Attorney* and *Assistant State's Attorney,* respectively, *for Baltimore County,* on the brief, for appellee.

PER CURIAM.

These appellants, convicted of attempted robbery, contend that their confessions were inadmissible, the evidence was insufficient, and counsel was inadequate. We find no merit in any of these contentions. The State met its burden of proving voluntariness, and there was independent proof, through circumstantial evidence, of the *corpus delicti.* See *Veney v. State,* 225 Md. 237. We distinguish *Escobedo v. Illinois,* 378 U.S. 478,

on the ground that neither Henn nor Johnson requested counsel or were denied an opportunity to consult counsel prior to their brief interrogation.

Johnson's claim that he was entitled to a preliminary hearing is without merit. See *Shorey v. State,* 227 Md. 385. The fact that counsel had not been appointed at the first arraignment is immaterial. No plea was taken, and there was a subsequent arraignment at a later date after the appointment of counsel.

*Judgments affirmed.*